## MAHONEY *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 112, September Term, 1964.]

*Decided March 11, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY and OPPENHEIMER, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Barnes in the court below.

*Application denied.*